■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR DAVIS, Appellant. [636 NYS2d 637] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Grajales, J.), rendered September 1, 1993, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Mangano, P. J., Miller, Copertino, Santucci and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIPPE DURE, Appellant. [636 NYS2d 637] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated June 18, 1984 (*People v Dure*, 102 AD2d 873), affirming a judgment of the Supreme Court, Kings County, rendered June 2, 1980, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Thompson, J. P., Pizzuto, Santucci and Joy, JJ., concur.